U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 0 2009

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN GOODS | CIVIL ACTION NO. 08-1149 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFF STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8], to the extent ADOPTED, and for the reasons stated in the Court's Memorandum Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff John Goods' ("Goods") claims based on due process violations, conditions of confinement, interference with the practice of religion, and an inadequate prison law library are DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED that this matter is REMANDED to the Magistrate Judge for a supplemental Report and Recommendation regarding whether Goods has stated a claim for retaliation based on his allegations that he has been confined in administrative segregation for pleading not guilty and/or filing a civil rights complaint.

MONROE, LOUISIANA, this 20 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE