
RECEIVED
IN MONROE, LA
JUN 1 9 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN GOODS | CIVIL ACTION NO. 08-1149 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFF STEVE PYLANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8], to the extent ADOPTED, and for the reasons stated in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff John Goods' ("Goods") retaliation claim against Defendant Assistant Warden Hilton Griffen is DISMISSED WITHOUT PREJUDICE per Federal Rule of Civil Procedure 41(a)(B).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Goods' retaliation claim against Defendant Sheriff Steve Pylant is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

Goods' remaining retaliation claim against Defendant Warden Chad Lee will be addressed in a separately issued order.

MONROE, LOUISIANA, this 19 day of June, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE